UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-23061-Civ-Moreno/Bandstra

MORTON LUCOFF,

    Plaintiff,

v.

I.C. SYSTEM, INC.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties have reached a settlement regarding damages. The agreement requires Defendant to pay Plaintiff's reasonable attorney fees and costs, which will be agreed upon by the parties or determined by the Court. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, except Plaintiff's attorney fees and costs, the parties jointly stipulate to a Dismissal with Prejudice with the Court to reserve jurisdiction on the issue of Plaintiff's attorney fees and costs.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden & Scaz, PLLC |
| Fort Lauderdale, Florida  33339 | Suite A |
| Telephone: 954-537-2000 | 2124 West Kennedy Boulevard |
| Facsimile: 954-566-2235 | Tampa, FL 33606 |
| | Telephone: 813-251-3632 |
| | Facsimile: 813-251-3675 |
| By:  /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. |     Dale T. Golden, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-23061-Civ-Moreno/Bandstra

MORTON LUCOFF,

    Plaintiff,

v.

I.C. SYSTEM, INC.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 7, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF