UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-23061-Civ-Moreno/Bandstra

MORTON LUCOFF,

    Plaintiff,

v.

I.C. SYSTEM, INC.

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

    THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE /2/), The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved except Plaintiff's attorney fees and costs, it is hereby,

    ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with the Court reserving jurisdiction to determine Plaintiff's attorney fees and costs. Plaintiff shall file his motion for attorney fees and costs within 30 days of the date of this order.

    DONE AND ORDERED in the Southern District of Florida this 10th day of August, 2009.

_____
FEDERICO A. MORENO
United States District Judge

cc:     Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Dale T. Golden, Esq., Counsel for Defendant