UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-23061-Civ-Moreno/Bandstra

MORTON LUCOFF,

    Plaintiff,
v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Morton Lucoff, gives notice that Defendant has agreed to pay Plaintiff's attorney fees and costs, the only matter remaining before the Court. Plaintiff requests the Court retain jurisdiction to enforce the settlement agreement for 20 days to ensure Defendant's compliance with the agreement.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-23061-Civ-Moreno/Bandstra

MORTON LUCOFF,

    Plaintiff,
v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 25, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.


## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
Suite A
2124 West Kennedy Boulevard
Tampa, FL 33606
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF